```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 00135
   CHAVARAS CARLISLE BENSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-8491


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/05/09 .

   2.  The case was dismissed without confirmation, 02/20/2009.

----------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00           .00
PRINCIPAL PAID         .00         .00         .00         .00           .00
INTEREST PAID          .00         .00         .00         .00           .00
TOTAL PAID             .00         .00         .00         .00           .00
The Debtor's attorney, ERNESTO D BORGES JR          , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




       Dated: 03/11/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
    CASE NO. 09 B 00135 CHAVARAS CARLISLE BENSON
```